■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVIN NEWMAN, Appellant. [22 NYS3d 829]—An appeal having

been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Michael Obus, J.), rendered on or about November 21, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Friedman, Gische and Kapnick, JJ.